# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

KEVIN MICHAEL KNOPE,

               Plaintiff,               ORDER

v.

                                      16-cv-381-wmc

POLICE OFFICER JOHN DOE and
JENNA CELESKI,

               Defendants.

On July 21, 2017, the court directed the United States Marshal to serve defendants Police Officer John Doe Sun Prairie Police Officer I.D. 7646 and Jenna Celeski. Now, the Marshal has returned an unexecuted process receipt for Jenna Celeski, stating that Journey Mental Health front desk staff has no records of Jenna Celeski being employed there and the Marshals Service count not find any individuals with the name Jenna Celeski living in Wisconsin.

Although Jenna Celeski is unable to be served at this time, plaintiff may be able to provide further information about this defendant which will allow her to be served later in this case. Therefore, at this stage of the proceedings, Jenna Celeski will be treated as a Jane Doe defendant whose name plaintiff will have to obtain through discovery.

At a soon-to-be-scheduled preliminary pretrial conference, Magistrate Judge Stephen Crocker will discuss with the parties the most efficient way to obtain the proper identification of Jenna Celeski and will set a deadline for plaintiff to amend his complaint. "When the substance of a pro se civil rights complaint indicates the existence of claims

against individual officials not named in the caption of the complaint, the district court must provide the plaintiff with an opportunity to amend the complaint." *Donald v. Cook County Sheriff's Department*, 95 F.3d 548, 555 (7th Cir. 1996).

ORDER

IT IS ORDERED that the parties treat Jenna Celeski as a Jane Doe defendant until plaintiff can ascertain the proper identity of this defendant.

Entered this 22nd day of August, 2017.

BY THE COURT:

/s/

PETER OPPENEER
Magistrate Judge