IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KEVIN MICHAEL KNOPE,

                Plaintiff,                              ORDER

v.

                                                          16-cv-381-wmc

POLICE OFFICER JOHN DOE,
and JANE DOE,

                Defendants.

The U.S. Marshal has returned an unexecuted process receipt for Jenna Celeski, a/k/a defendant "Jane Doe." The Marshal's receipt further states that Journey Mental Health front desk staff reported having no record of Jenna Celeski being employed there.

Now plaintiff has submitted notes from a phone call he made on September 19, 2017, to the Journey Mental Health Center crisis line, in which the person answering the phone stated that Jenna Celeski was someone who no longer worked there. (*See* dkt. 31.) Plaintiff also submitted a request for discovery from Journey, which the court construes to be a request for subpoena. As it appears that a Jenna Celeski *may* have been formerly employed by Journey Mental Health Center, this court will issue a subpoena to Journey Mental Health Center, Inc. to produce to the court, under seal, records disclosing the identity and whereabouts of the individual who signed the initial detention form, believed to be "Jenna Celeski" or some similar name. Once Journey responds, the court will direct the U.S. Marshal Service to serve Celeski with a summons and the amended complaint.

ORDER

IT IS ORDERED that the clerk of court shall issue a subpoena consistent with the above and arrange service on Mr. Knope's behalf upon Journey Mental Health Center, Inc. by the U.S. Marshal Service.

Entered this 26th day of October, 2017.

BY THE COURT:

/s/

WILLIAM M. CONLEY
District Judge