IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KEVIN MICHAEL KNOPE,

        Plaintiff,

v.

MATT McELROY,

        Defendant.

ORDER

16-cv-381-wmc

*Pro se* plaintiff Kevin Knope is proceeding on claims related to his involuntary civil commitment that took place on April 20, 2016. On May 25, 2018, defendant Matt McElroy filed a motion for summary judgment, and the court set June 25, 2018, as plaintiff's deadline to oppose defendant's motion. Plaintiff failed to oppose the motion or communicate with the court in any way. On August 30, 2018, the court gave plaintiff until September 13, 2018, to file a response to defendant's motion for summary judgment and warned plaintiff that his case would be dismissed for failure to prosecute if he did not respond. (Dkt. #76.) Plaintiff's new deadline has passed and the court has received nothing from plaintiff. Accordingly, the court is dismissing this case with prejudice for plaintiff's failure to prosecute. *See James v. McDonald's Corp.*, 417 F.3d 672, 681 (7th Cir. 2005).

ORDER

IT IS ORDERED that plaintiff Kevin Knope's claims are DISMISSED WITH PREJUDICE for failure to prosecute. The clerk of court is directed to enter judgment

in defendant's favor and close this case.

Entered this 11TH day of October, 2018.

BY THE COURT:

/s/
_____
WILLIAM M. CONLEY
District Judge