IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KEVIN MICHAEL KNOPE,

    Plaintiff,

v.

GOVERNOR SCOTT KEVIN WALKER,
JENNA CELESKI and MATT McELROY,

    Defendants.

JUDGMENT IN A CIVIL CASE

16-cv-381-wmc

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case with prejudice.

/s/

Peter Oppeneer, Clerk of Court

10/11/2018

Date